

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**SAMANTHA P. TURETSKY**
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2451
sturetsk@law.nyc.gov

January 21, 2020

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Nell, et al. v. City of New York
19 Civ. 6702 (LGS)

Dear Judge Schofield:

      I am the Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel for the City of New York, assigned to represent Defendant City of New York in the above-referenced action. I write to clarify Your Honor's Order from January 15, 2020 (ECF Doc. No. 37).

      Defendants seek to clarify whether all discovery deadlines in the case, including fact discovery and expert discovery, have been extended by 30-days or if the Court has only granted an extension as to fact discovery.

      Thank you for your consideration of this request.

Respectfully submitted,

/s/
Samantha P. Turetsky
Assistant Corporation Counsel

cc: Plaintiffs' Counsel (BY ECF)

---

*Endorsement:*

Counsel shall comply with the deadlines in the Amended Case Management Plan ("CMP," Dkt. No. 38). As the CMP and the endorsement at Dkt. No. 37 provide: **both fact and expert discovery close on March 30, 2020.** Expert discovery was not extended from the original March 30, 2020, deadline.

Counsel shall also take note that (1) a case management conference will be on **April 14, 2020, at 10:30 a.m.**, and pre-motion letters, if any, are due two weeks before the conference or by **March 31, 2020** (*see* CMP at 13.c), and (2) a discovery status letter is due on **April 7, 2020** (*see* CMP at 13.b). SO ORDERED.

The Clerk of Court is respectfully directed to close Dkt. No. 40.

Dated: January 22, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE