UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRYAN NELL, ET AL.,
                            Plaintiffs,

        -against-
                                              19 Civ. 6702 (LGS)
CITY OF NEW YORK,
                            Defendant.          ORDER
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a telephonic conference was held on April 30, 2020, to discuss Defendant's application to compel depositions at Dkt. No. 54 and Plaintiffs' application to compel testimony at Dkt. No. 59. For the reasons stated at the conference, it is hereby

      **ORDERED** that each application is GRANTED in part. Defendant may depose any number of Plaintiffs who have not yet been deposed, so long as the total hours of these depositions does not exceed 25 hours. The parties shall meet and confer on a proposed schedule to complete the depositions within these constraints, and shall file a letter by **May 7, 2020**, informing the Court of the agreed-upon schedule.

      Defendant's designated 30(b)(6) witness on FLSA Training shall testify as to topics (d) and (e) of Plaintiffs' Notice of Deposition Pursuant to Rule 30(b)(6), dated December 9, 2019. These topics encompass topics (a), (b) and (c) of the December 9 Notice, and Defendant shall accordingly prepare the 30(b)(6) witness.

      The deadline to complete discovery is hereby extended to **June 30, 2020**. The Third Amended Case Management Plan will follow separately.

      The Clerk of Court is respectfully directed to close Dkt. Nos. 54 and 59.

Dated: April 30, 2020
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE