```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
  BRYAN NELL, et al.,                         :
                            Plaintiffs,       :
                                              :          19 Civ. 6702 (LGS)
              -against-                       :
                                              :               ORDER
  CITY OF NEW YORK,                           :
                            Defendant.        :
                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 12, 2021, the Court was informed that the parties have reached settlement in principle in this case. It is hereby

**ORDERED** that, by **October 29, 2021**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It further

**ORDERED** that all pending deadlines and the jury trial scheduled to begin on November 29, 2021, are ADJOURNED sine die

Dated: October 13, 2021
       New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**